UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-02270 MCS (ADS)     Date: July 13, 2021

Title: *Sylvia Veronica Scott v. Los Angeles Superior Court, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On June 22, 2021, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. [Dkt. No. 12]. Plaintiff's opposition was due by July 6, 2021. [Dkt. No. 14]. However, as of the date of this Order, Plaintiff has not filed an opposition to the Motion to Dismiss or otherwise communicated with the Court since May 27, 2021. See [Dkt. Nos. 9, 10]. Pursuant to the Local Rules of the Central District of California, Plaintiff's failure to file an opposition to the Motion to Dismiss may be deemed consent to the granting of the Motion to Dismiss. See L.Rs. 7-9, 7-12.

In addition, Plaintiff was ordered to file proofs of service reflecting service upon each defendant by no later than July 12, 2021. [Dkt. Nos. 7, 11]. To date, Plaintiff has not filed adequate proofs of service on any defendant.

**By no later than July 26, 2021,** Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute this action and follow court orders. Plaintiff may respond to this Order by filing an opposition to Defendants' Motion to Dismiss and proofs of service for each defendant.

In the alternative, if Plaintiff no longer wishes to pursue her claims, she may file a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil

---

Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>