JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA VERONICA SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LOS ANGELES SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-02270 MCS (ADS)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Granting Motion to Dismiss IT IS HEREBY ADJUDGED that the above-captioned case is dismissed for lack of jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for failure to prosecute and comply with court orders pursuant to Rule 41(b).

DATED:　July 29, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　United States District Judge